UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
BARRY MCGOWAN,                                                      :
:
:
Plaintiff,                                    :    Docket No.:
:    17-cv-8544 (SHS) (RWL)
-against-                                     :
:
PHILLIPS EDISON & COMPANY LTD., PREP CO.,    :
LLC, PECO REAL ESTATE PARTNERS, LLC, and     :
MICHAEL C. PHILLIPS, individually,            :
:
:
Defendants.                 :
:
------------------------------------------------------------------- X

      Please take notice that, upon the annexed declaration of **Nancy V. Wright**, **Esq.** dated January 16, 2018, the exhibits annexed thereto and the memorandum of law, the Defendants, PREP CO., LLC, PECO REAL ESTATE PARTNERS, LLC, and MICHAEL C. PHILLIPS, in response to Plaintiff's complaint, will move this Court before The Honorable Sidney H. Stein, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, NY 10007, on February 13, 2018, at 10:00 AM, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure and Section 3 of the Federal Arbitration Act, compelling arbitration of the claims of the Plaintiff, BARRY MCGOWAN, and staying this action pending a resolution of the arbitration.

      [REMAINDER OF PAGE LEFT INTENTIONALLY BLANK]

8689772v.7

Please take further notice that, pursuant to Rule 6.1(b) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff's opposition papers, if any, shall be served by January 30, 2018, and reply papers, if any, shall be served by February 6, 2018.

Dated:	New York, New York
	January 16, 2018

	Respectfully submitted,

	WILSON, ELSER, MOSKOWITZ,
	EDELMAN & DICKER LLP

	By:	  /s/ Nancy V. Wright  
		Ricki E. Roer, Esq.
		Nancy V. Wright, Esq.
		Emery Lyon, Esq.
		Attorneys for Defendants
		PREP CO., LLC, PECO REAL ESTATE
		PARTNERS, LLC, and MICHAEL C. PHILLIPS
		150 East 42nd Street
		New York, NY 10017
		(212) 490-3000
		File No.: 17154.00007

8689772v.7

To:    <u>VIA ECF</u>
Tiffany Ma, Esq.
YOUNG & MA, LLP
Attorneys for Plaintiff
575 Lexington Avenue, Fourth Floor
New York, NY 10022
(212) 971-9773
tma@youngandma.com

Tom Fini, Esq.
CATAFAGO FINI LLP
Attorneys for Plaintiff
350 Fifth Avenue, Suite 7710
New York, NY 10118
(212) 239-9669
tom@catafagofini.com

Noel Tripp, Esq.
JACKSON LEWIS P.C.
Attorneys for defendant PHILLIPS EDISON & COMPANY LTD.
58 South Service Road, Suite 250
Melville, NY 11747
(631) 247-4661
trippn@jacksonlewis.com